IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| STEPHEN RAY CARPENTER, | ) |
| Plaintiff, | ) |
| vs. | ) CIV. ACT. NO. 1:25-cv-214-TFM-N |
| MOBILE CIRCUIT COURT, *et al.*, | ) |
| Defendants. | ) |

**MEMORANDUM OPINION AND ORDER**

On October 1, 2025, the Magistrate Judge entered a report and recommendation which recommends this action be dismissed without prejudice pursuant to 28 U.S.C. § 1915A(b)(1). *See* Doc. 6. No objections were filed and the time frame has passed.

Accordingly, after due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge is **ADOPTED**, and this action is **DISMISSED without prejudice** pursuant to 28 U.S.C. § 1915A(b)(1) as frivolous and fails to state a claim. Further, the Court finds that leave to amend would be futile.

A separate judgment will issue pursuant to Fed. R. Civ. P. 58.

**DONE** and **ORDERED** this 9th day of December, 2025.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE